AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 19-cr-00086-REB-2 |
| 2. BRAINARD CLARK | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   BRAINARD CLARK ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ☑ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO COMMIT PHARMACY BURGLARY, IN VIOLATION OF 18 U.S.C. § 2118(d)
PHARMACY BURGLARY, IN VIOLATION OF 18 U.S.C. § 2118(b)(1

Date:   11/21/2019                                                            s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado                                Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
*Arresting officer's signature*

_____
*Printed name and title*