IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAMIEN LEWIS;
2. **BRAINARD CLARK**; and,
3. DAVID WINSTON;

    Defendants.

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for Writ of Habeas Corpus Ad Prosequendum and states as follows:

1. The Defendant, BRAINARD CLARK, YOB: 1994, DOC Number 183409 is now confined at Crowley County Correctional Facility, 6564 CO-96, Olney Springs, CO 81062.

2. A hearing in the above-captioned case will be held forthwith in the United States District Court for the District of Colorado.  It is necessary that the defendant be present in person during this proceeding.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to **the United States Marshal for the District of Colorado, or any other United States Marshal, or to any other federal law enforcement officer**, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place

or institution where the defendant is confined, and requiring said federal law enforcement officer to produce the defendant before the United States District Court Judge in the above-captioned case for the Defendant's initial appearance, and hold him at all times in custody as an agent of the United States of America until final disposition of the Defendant's case.

    Dated:  January 14, 2020.

                                        JASON R. DUNN
                                      United States Attorney

                By:    *s/ Jason St. Julien*
                        Jason St. Julien
                        Assistant United States Attorney
                        United States Attorney's Office
                        1801 California Street, Suite 1600
                        Denver, CO. 80202
                        Telephone:  (303) 454-0100
                        Fax:  (303) 454-0405
                        E-mail:  Jason.St.Julien@usdoj.gov
                        Attorney for the Government

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on the 14th day of January 2020, I filed the foregoing **MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel of record:

                              */s/ Jason St. Julien*
                              JASON ST. JULIEN
                              Assistant United States Attorney
                              1801 California St., Suite 1600
                              Denver, Colorado 80202
                              Phone:  (303) 454-0100
                              Fax:  (303) 454-0405
                              E-mail:  Jason.St.Julien@usdoj.gov
                              Attorney for the United States