IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAMIEN LEWIS;
2. **BRAINARD CLARK**; and,
3. DAVID WINSTON;

    Defendants.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

    Upon motion of the United States and for good cause shown, it is hereby

    ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce BRAINARD CLARK, YOB: 1994, DOC Number 183409 is now confined at Crowley County Correctional Facility, 6564 CO-96, Olney Springs, CO 81062, before the United States District Court Judge forthwith for an initial appearance, and hold him at all times in custody as an agent of the United States of America until final disposition of the Defendant's case.

    SO ORDERED this 14th day of January, 2020

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO