IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAMIEN LEWIS;
**2  BRAINARD CLARK**; and,
3. DAVID WINSTON;

    Defendants.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the body of BRAINARD CLARK, YOB: 1994, DOC Number 183409 is now confined at Crowley County Correctional Facility, 6564 CO-96, Olney Springs, CO 81062, to the United States District Court Judge in the above-captioned case forthwith, for an initial appearance, and hold him at all times in custody as an agent of the United States of America until final disposition of the Defendant's case.

DATED at Denver, Colorado, this __14__ day of January, 2020.

BY THE COURT:

s/ J. Garcia-Gonzalez, Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT