DATED at Denver, Colorado, this 14 day of January, 2020.

BY THE COURT:

s/ J. Garcia-Gonzalez, Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM Crowley County TO
U.S. Marshals' Service
ON 01/27/2020

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _____
DEPUTY U.S. MARSHAL

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2020 JAN 23 PM 2:54
JEFFREY P. COLWELL
CLERK
BY _____ DEP. CLK

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM _____ TO
_____
ON _____

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _____
DEPUTY U.S. MARSHAL

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAMIEN LEWIS;
2. **BRAINARD CLARK**; and,
3. DAVID WINSTON;

    Defendants.

---

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the body of BRAINARD CLARK, YOB: 1994, DOC Number 183409 is now confined at Crowley County Correctional Facility, 6564 CO-96, Olney Springs, CO 81062, to the United States District Court Judge in the above-captioned case forthwith, for an initial appearance, and hold him at all times in custody as an agent of the United States of America until final disposition of the Defendant's case.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAMIEN LEWIS;
2. **BRAINARD CLARK**; and,
3. DAVID WINSTON;

    Defendants.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

    Upon motion of the United States and for good cause shown, it is hereby

    ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce BRAINARD CLARK, YOB: 1994, DOC Number 183409 is now confined at Crowley County Correctional Facility, 6564 CO-96, Olney Springs, CO 81062, before the United States District Court Judge forthwith for an initial appearance, and hold him at all times in custody as an agent of the United States of America until final disposition of the Defendant's case.

    SO ORDERED this 14th day of January, 2020

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| --- | --- |
| v. | ) |
| | ) Case No. 19-cr-00086-REB-2 |
| 2. BRAINARD CLARK | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **BRAINARD CLARK**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
CONSPIRACY TO COMMIT PHARMACY BURGLARY, IN VIOLATION OF 18 U.S.C. § 2118(d)
PHARMACY BURGLARY, IN VIOLATION OF 18 U.S.C. § 2118(b)(1

Date: 11/21/2019

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*