**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CASE NO. 19-cr-86-REB-2

UNITED STATES OF AMERICA,

     Plaintiff,

v.

   2. BRAINARD CLARK,

     Defendant.

---

## ENTRYOF APPEARANCE

---

Peter Hedeen, of the Law Office of Peter Hedeen LLC, hereby enters his appearance as CJA counsel on behalf of the Defendant, Brainard Clark.

Dated this Tuesday, January 28, 2020.

Respectfully submitted,

__S/Peter Hedeen___
Peter Hedeen
2373 Central Park Blvd.
Suite 100
Denver, CO 80238
720-979-0927
303-803-1501  Fax

# CERTIFICATE OF MAILING

I hereby certify that on Tuesday, January 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the court's ECF system which will send notification of such filing to all counsel of record and the following e-mail address:

Jason St. Julien, Assistant United States Attorney
jason.st.julien@usdoj.gov

And, I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Brainard Clark (via hand delivery)

__S/Peter Hedeen___
Peter Hedeen
2373 Central Park Blvd.
Suite 100
Denver, CO 80238
720-979-0927
303-803-1501  Fax
