# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00086-REB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    BRAINERD CLARK,

    Defendant.

___

## ORDER OF DETENTION
___

THIS MATTER came before me for a detention hearing on January 28, 2020. Because the defendant is currently in the custody of the Colorado Department of Corrections, there was no Pretrial Services Report completed. Defendant has been charged by indictment on a violations of Conspiracy to Commit Pharmacy Burglary and Pharmacy Burglary.

The indictment indicates the grand jury has found probable cause to believe that the offenses charged were committed by the Defendant. Because he is currently in custody, defendant did not challenge the government's request for detention. It appears that Defendant's estimated mandatory release date is October 20, 2031.

This court finds (a) by a preponderance of the evidence finds there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably insure the defendant's presence for court proceedings; and (b) by clear and convincing evidence there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably insure the safety of any other person or the community.

Therefore, IT IS ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

IT IS FURTHER ORDERED that the defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with this proceeding.

DATED:   January 28, 2020

BY THE COURT:

Nina Y. Wang
United States Magistrate Judge