IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.:  19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  **BRAINARD CLARK**;
2.  DAMIEN LEWIS; and,
3.  DAVID WINSTON.

    Defendants.

___

**GOVERNMENT'S RESPONSE TO DEFENDANT'S UNOPPOSED MOTION FOR ORDER ALLOWING MR. CLARK TO RETURN TO THE COLORADO DEPARTMENT OF CORRECTIONS PENDING RESOLUTION OF 19-cr-00086-REB [ECF No. 104]**
___

    The United States of America responds to the defendant's motion [ECF No. 104].

    Pursuant to the Court's oral Order at the February 18, 2020 Motions Hearing, the Government conferred with the United States Marshals regarding the defendant's request to return to state custody pending the resolution of this case.  The undersigned personally spoke with Supervisory Deputy United States Marshal.  The Marshals object to the defendant's request.  Transporting the defendant to and from Crowley County Correctional Facility, which is southeast of Pueblo, Colorado, just north of La Junta, Colorado, imposes a logistical and economic burden on the Marshals that is not normally incurred in a case where a federal defendant is detained pending trial.

    The undersigned conferred with defense counsel prior to him filing the motion and did not object to the request.  The undersigned did not confer with the Marshals

prior to stating that he did not object to the request.  After conferring with the Marshals, per Court order, the Government now objects to the defendant's request.

Given the Marshals' objection to the defendant's request, the Government respectfully requests that the Court deny the defendant's motion.

Dated:  February 24, 2020.

                                  Respectfully submitted,

                                  JASON R. DUNN
                                  United States Attorney

By:    /s/ *Jason St. Julien*
        JASON ST. JULIEN
        Assistant United States Attorney
        1801 California St., Suite 1600
        Denver, Colorado 80202
        Phone:  (303) 454-0100
        Fax:  (303) 454-0405
        E-mail:  Jason.St.Julien@usdoj.gov
        Attorney for the United States

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 24th day of February 2020, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S UNOPPOSED MOTION FOR ORDER ALLOWING MR. CLARK TO RETURN TO THE COLORADO DEPARTMENT OF CORRECTIONS PENDING RESOLUTION OF 19-cr-00086-REB [ECF No. 104]** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

  **Peter K. Hedeen**
  Email:  hedeenlaw@gmail.com

            /s/ *Jason St. Julien*
            JASON ST. JULIEN
            Assistant United States Attorney
            1801 California St., Suite 1600
            Denver, Colorado 80202
            Phone:  (303) 454-0100
            Fax:  (303) 454-0405
            E-mail:  Jason.St.Julien@usdoj.gov
            Attorney for the United States