**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 19-cr-86-REB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    2.  BRAINARD CLARK,

    Defendant.

---

**Reply to Government's Response to Defendant's Unopposed Motion for Order Allowing Mr. Clark to Return to the Colorado Department of Corrections Pending Resolution of 19-cr-0086-REB**

---

    Peter Hedeen, of the Law Office of Peter Hedeen LLC, on behalf of the Defendant, Brainard Clark, submits this Reply to the government's Response to Mr. Clark's request that the Court enter an order allowing Mr. Clark to return to the Colorado Department of Corrections ("CDOC') pending the resolution of the above-captioned case (ECF 104):

    1.    After conferring with the United's States Marshall's Service, the Government has changed its position and now opposes Mr. Clark's request to return to the CDOC pending the resolution of this case.

    2.    Despite the deference appropriately paid to the United States Marshall's Service when dealing with the transportation and detention of inmates, Mr. Clark persists in his request for a return to the CDOC. As noted in ECF 104, Mr. Clark will

-1-

sustain substantial and irreparable harm if he is to stay in the custody of the United States Marshall's Service during the pendency of this litigation. Specifically, he will be unable to reduce his sentence through earned time as provided for in Colorado's sentencing scheme.

3. Requiring Mr. Clark to remain in the custody of the United States Marshall's Service will place an undue burden on he and his family as he attempts to serve his sentence. Specifically, Mr. Clark is currently being held at the Douglas County Detention Center located in Castle Rock, Colorado. At that location, Mr. Clark incurs charges of at least three times that which he is charged at the CDOC for Commissary, phone calls, and other items available for purchase to inmates. Mr. Clark relies on his mother and grandmother to help him with funds for these necessary items, and they are on fixed and/or limited incomes.

4. In addition, visits to Mr. Clark are more difficult for the family when he is being held in Castle rock as opposed to the Crowley County Correctional Facility ("CCCF"). While Castle Rock is closer to the families' homes in Colorado Springs, Mr. Clark's uncle is a truck driver whose route regularly takes him in the area of the CCCF. Mr. Clark's mother and grandmother can therefore easily ride a long and be dropped off at the CCCF for visits at no cost to themselves. Trips to the jail in Castle Rock necessitate them to get a ride and pay for transportation. This has had the effect of greatly reducing the amount of visits Mr. Clark gets from his family, as well as increasing the cost of those visits.

5. When considering that Mr. Clark's continued incarceration at the Douglas County Detention Center would place an undue financial burden on his

family, greatly reduce the visits he receives from his family which are critical to his rehabilitation, as well as preclude him from receiving earned time that can lessen his term of incarceration, Undersigned Counsel would submit that these factors outweigh the concerns of the United States Marshall's Service in having to transport Mr. Clark from the CCCF for court dates.

      6.      The burden on the United States Marshall's Service would be lessened in light of the fact that Mr. Clark is willing to waive his appearance for many court hearings, including hearings other than Trial, Change of Plea, and Sentencing.

      WHEREFORE, Mr. Clark persists in his request that the order granting the government's Writ of Habeas Corpus Ad Prosequendum be amended to allow for Mr. Clark's return to the CDOC when not required to attend hearings in the Federal District Court.

      Dated this Friday, March 6, 2020.

Respectfully submitted,

\_\_S/Peter Hedeen\_\_\_  
Peter Hedeen  
2373 Central Park Blvd.  
Suite 100  
Denver, CO 80238  
720-979-0927  
303-803-1501  Fax

## CERTIFICATE OF MAILING

I hereby certify that on Friday, March 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the court's ECF system which will send notification of such filing to all counsel of record and the following e-mail address:

Jason St. Julien, Assistant United States Attorney
jason.st.julien@usdoj.gov

And, I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Brainard Clark (via hand delivery)

                                        __S/Peter Hedeen___
                                        Peter Hedeen
                                        2373 Central Park Blvd.
                                        Suite 100
                                        Denver, CO 80238
                                        720-979-0927
                                        303-803-1501  Fax