**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 19-cr-00086-REB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  BRAINARD CLARK,

    Defendant.

## ORDER

**Blackburn, J.**

Now before me is the **Unopposed Motion for Order Allowing Mr. Clark to Return to the Colorado Department of Corrections Pending Resolution of 10-cr-0086-REB** [#104],[1] filed February 14, 2020, by the defendant, Brainard Clark. The government filed a response [#106] February 24, 2020, and the defendant filed a reply [#108] on March 6, 2020. After review of the motion, the record, and the apposite law, I conclude the motion should be denied.

The defendant, Brainard Clark, requests that the Order for Writ of Habeas Corpus Ad Prosequendum [#77] entered January 15, 2020, by Magistrate Judge S. Kato Crews, be amended to allow the defendant to return to the Colorado Department of Corrections when not required to attend hearings in this case. In the current current

---

[1] "[#104]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

custodial environment, which is dominated by the deadly COVID-19 pandemic, it would be both prodigal and dangerous to the defendant, the United States Marshal Service for the District of Colorado, and the staff and inmates of the state correctional institution and the federal detention facility housing the defendant to transport him to and from one facility to another during the pendency of this case.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion for Order Allowing Mr. Clark to Return to the Colorado Department of Corrections Pending Resolution of 10-cr-0086-REB** [#104], filed February 14, 2020, is denied.

Dated June 10, 2020, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge