**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 19-cr-86-REB-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.


   2.  BRAINARD CLARK,

      Defendant.

---

## NOTICE OF DISPOSITION

---

     Defendant, Brainard Clark, by and through his attorney, Peter Hedeen, notifies the Court that a disposition has been reached in this matter.   The Defendant requests that this matter be set for a hearing on his change of plea, and also requests that all pending dates for pre-trial matters and trial be vacated.

     Dated this Tuesday, January 19, 2021.


                              Respectfully submitted,


                              __S/Peter Hedeen___
                              Peter Hedeen
                              2373 Central Park Blvd.
                              Suite 100
                              Denver, CO 80238
                              720-979-0927
                              303-803-1501  Fax

## CERTIFICATE OF MAILING

I hereby certify that on Tuesday, January 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the court's ECF system which will send notification of such filing to all counsel of record and the following e-mail address:

Jason St. Julien, Assistant United States Attorney
jason.st.julien@usdoj.gov

And, I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Brainard Clark (via US Mail)

<div style="margin-left:40%">

__S/Peter Hedeen___
Peter Hedeen
2373 Central Park Blvd.
Suite 100
Denver, CO 80238
720-979-0927
303-803-1501  Fax

</div>