IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-86-REB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    2.  BRAINARD CLARK,

    Defendant.

---

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

---

The Defendant, Brainard Clark, by and through CJA counsel, Peter Hedeen, moves this Honorable Court to continue the Change of Plea Hearing. As grounds, the Defendant states as follows:

1.  The Change of Plea Hearing in this case is currently scheduled for August 5, 2021, at 11:00 AM.

2.  The Change of Plea Hearing has previously been set and continued from the date of April 28, 2021. The Court continued the Change of Plea Hearing due to the COVID-19 pandemic, and in light of the Defendant's desire to have the hearing in person as opposed to via Video Teleconference ("VTC").

3.  The Court's staff, after consultation with the parties, reset the Change of Plea Hearing to August 5, 2021. Soon after setting that date, Undersigned Counsel contacted the Court's staff and indicated that the new date conflicted with his

schedule, and that he would be out of town on August 5, 2021. The Court's staff indicated that since the order had entered the date could not be changed, and that Undersigned Counsel should file a motion to continue closer to the Hearing Date.

4.      Undersigned Counsel is still scheduled to be out of town on August 5, 2021, and therefor is requesting a short continuance of the Change of Plea Hearing.

5.      Undersigned Counsel has conferred with Mr. Clark. At this time Mr.Clark does persist in his request for an in-person Change of Plea Hearing, and agrees with this Motion to Continue.

6.      Undersigned Counsel has communicated with Assistant U.S. Attorney Kelly Churnet regarding this Motion to Continue Change of Plea Hearing, and she has no objection to this request.

WHEREFORE, pursuant to Rule 47, Fed. R. Cr. P., Mr. Clark respectfully requests that the Court grant this Motion to Continue the Change of Plea Hearing until such time as the Court deems appropriate.

Dated this Monday, July 26, 2021.

Respectfully submitted,

__S/Peter Hedeen___
Peter Hedeen
2373 Central Park Blvd.
Suite 100
Denver, CO 80238
720-979-0927
303-803-1501  Fax

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, July 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the court's ECF system which will send notification of such filing to all counsel of record and the following e-mail address:

Kelly Churnet
Kelly.Churnet@usdoj.gov

And, I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Brainard Clark (via US Mail)

                                              __S/Peter Hedeen___
                                              Peter Hedeen
                                              2373 Central Park Blvd.
                                              Suite 100
                                              Denver, CO 80238
                                              720-979-0927
                                              303-803-1501  Fax