IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Date:             September 21, 2021
Deputy Clerk:     Emily Buchanan
Court Reporter:   Kevin Carlin

| Criminal Case No. 19-cr-00086-REB | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Kelly Churnet |
| Plaintiff, | |
| v. | |
| 2. BRAINARD CLARK, | Peter Hedeen |
| Defendant. | |

## COURTROOM MINUTES

**Change of Plea Hearing**

**11:11 a.m.   Court in session.**

Appearances of counsel. Defendant is present in custody.

The plea documents are tendered to the Court.

Defendant sworn. Defendant is 27 years old, alert, competent, literate, and sober.

Court's colloquy with the defendant.

Defendant withdraws existing plea of not guilty and enters plea of guilty to Count 1 of the Superseding Indictment.

Court's Findings of Fact and Conclusions of Law will be issued electronically.

**IT IS ORDERED:**

1.  That the plea documents are admitted in evidence;

2. That formal approval of the plea agreement is deferred, pending consideration of the presentence report;

3. That the defendant's plea of guilty to Count 1 of the Superseding Indictment is received, accepted, and approved;

4. That defendant is found guilty of the crime charged in Count 1 of the Superseding Indictment;

5. That the Probation Department shall conduct a presentence investigation and file a presentence report;

6. That defense counsel shall contact the Probation Department as soon as practicable to coordinate the defendant's participation in the presentence investigation, and the defendant shall cooperate fully with the probation department during the presentence investigation;

7. That this matter is continued to **January 6, 2022 at 11:00 a.m.** in Courtroom A1001 for sentencing, at which counsel and the defendant shall appear without further notice or order; and

8. That the defendant is remanded to the custody of the United States Marshal.

**11:54 a.m.    Court in recess.**    Hearing concluded.

Total time in court:   00:43