IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00086-REB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  BRAINARD CLARK,

    Defendant.

---

**UNITED STATES' MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G. § 3E1.1(b)**

---

The United States of America (government), by and through Kelly R. Churnet, Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b). The defendant's agreement to plead guilty and timely

//


//


//

1

notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

Dated: December 22, 2021

                COLE FINEGAN
                United States Attorney

                *s/ Kelly R. Churnet*
                Kelly R. Churnet
                Assistant United States Attorney
                United States Attorney's Office
                1801 California St., Suite 1600
                Denver, Colorado   80202
                Telephone:   (303) 454-0100
                Fax:   (303) 454-0406
                E-mail:   Kelly.Churnet@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record.

*s/Stephanie Price*
Stephanie Price
Legal Assistant