IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00086-REB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  BRAINARD CLARK,

    Defendant.

## UNITED STATES' MOTION TO DISMISS COUNTS 2-5 OF THE SUPERSEDING INDICTMENT

The United States of America, by and through Kelly R. Churnet, Assistant United States Attorney, hereby moves this Court to enter an order dismissing Counts 2-5 of the Superseding Indictment [ECF # 44] as to the defendant filed on November 21, 2019. On September 21, 2021, the defendant entered his plea of guilty to Count 1 of the Superseding Indictment. ECF # 189. The United States agreed as part of the plea agreement to dismiss Counts 2-5 of the Superseding Indictment. *See* ECF # 190.

//


//

Therefore, the United States hereby requests this Court dismiss Counts 2-5 of the Superseding Indictment upon acceptance of defendant's plea of guilty in this matter.

Dated: December 22, 2021

                              COLE FINEGAN
                              United States Attorney

                              *s/ Kelly R. Churnet*
                              Kelly R. Churnet
                              Assistant United States Attorney
                              United States Attorney's Office
                              1801 California St., Suite 1600
                              Denver, Colorado  80202
                              Telephone:  (303) 454-0100
                              Fax:  (303) 454-0406
                              E-mail:  Kelly.Churnet@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on December 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                            By: s/ *Stephanie Price*
                                                                Stephanie Price
                                                                Legal Assistant