IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB-2

UNITED STATES OF AMERICA,

       Plaintiff,

v.

  2.  BRAINARD CLARK,

       Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 24th day of January, 2022.

                                    COLE FINEGAN
                                    United States Attorney

              By:    *s/Albert Buchman*
                      ALBERT BUCHMAN
                      Assistant United States Attorney
                      United States Attorney's Office
                      1801 California Street, Suite 1600
                      Denver, Colorado 80202
                      Telephone: 303-454-0100
                      Fax: 303-454-0405
                      Email: Al.buchman@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Stephanie Price*
Legal Assistant
United States Attorney's Office

2