Exhibit B

People Of The State Of Colorado Vs. Lewis, Damien Lenton - 2017CR6154 - El Paso County

| 2022-01-26 | MINC | Minute Order (print)<br>Prudek/cjp/crt Reporter Jessica Reedy Div 14 S503 Dda Libby H35b 1/26/2022<br>Dpwc In Cust; Pd Gurney; Prv Atty Loew; Dda Rpts Reconsideration Was Allowed<br>Based On The Outcome Of Federal Case, Federal Case Has Consecutive<br>Requirements; Dda In Agreement W/ Pds Calculation Of Time; Def Provides<br>Completion Of Doc Classes To Crt; Crt Does Not Have Authority For An Open 35b<br>Hrg; Crt Modifies Doc Senh In 16cr6218 And 17cr6154 To 19yrs And 2mos Doc,<br>Nunc Pro Tunc To 1/23/19; Crts Is Not Changed On Mitt; Cust /cjp |
|---|---|---|
| 2022-01-26 | MITA | Amended Mittimus Issued<br>Day Due: 000000000000000<br>DEF1/ Lewis, Damien Lenton |
| 2022-01-26 | POST | Closed After Post Judgment |

| 2019-01-23 | CLAD | Case Closed |
|---|---|---|
| 2019-01-23 | MINC | Minute Order (print)<br>Prudek/nmt/ftr Div 14 S305 1/23/19 Dda Eden Plea<br>Dpwc Atty Loew; Plea Ppwork Tendered To Crt; Def Enters Guilty Plea To Ct 1<br>2nd Deg Burglary F3; Parties Stip To 22.5 Years Doc To Run Concurrent To<br>Other Cases; Def Advised; Potential Penalties 4-12 Yrs Doc; Aggravted 24 Yrs<br>Doc; Mandatory Parole 3 Years; Parties Stip To Factual Basis; Crt Accepts<br>Guilty Plea As Know/intel/vol Entered; Crt Adopts Agreement And Sentences Def<br>To 22.5 Years Doc; Mandatory 3 Years Parole; 386 Days Crts; Concurrent To<br>15cr414 16cr6218 18cr254; Restitution Reserved 91 Days With 35 Days To |

|  |  | Object; 35b Allowed For Up To Years; Parties Intend Sentence To Run Concurrent To Federal Sentence; Cust /nmt |
|---|---|---|