IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

| | |
|---|---|
| Date: | March 3, 2022 |
| Deputy Clerk: | Leigh Roberson |
| Court Reporter: | Sarah Mitchell |
| Probation Officer: | Mallory Coleman |

| | |
|---|---|
| Criminal Case No. 19-cr-86-REB | Counsel: |
| UNITED STATES OF AMERICA, | Albert Buchman |
| Plaintiff, | |
| v. | |
| 2. BRAINARD CLARK, | Peter Hedeen |
| Defendant. | |

### SENTENCING MINUTES

**10:04 a.m.    Court in session.**

Appearances of counsel. Defendant is present in custody.

The parties have received and reviewed the presentence report(s) and all addenda.

Also pending before the Court relevant to sentencing are the following:

- United States' Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [ECF 194]
- United States' Motion to Dismiss Counts 2-5 of the Superseding Indictment [ECF 195]
- Defendant's Sentencing Statement [ECF 197]
- United States' Response to Defendant's Sentencing Statement [ECF 198]
- Defendant's Supplemental Sentencing Statement [ECF 203]

Statement by defense counsel.

Statement by government counsel.

Court's sentencing statement, findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED:**

1. That the plea agreement of the parties as presented in the plea documents is formally approved;

2. That [ECF 194] and [ECF 195] are granted;

3. That [ECF 197] is denied in part and granted in part;

4. That judgment of conviction is entered on Count 1 of the Indictment;

5. That it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 37 months, with 19 of the 37 months to be served concurrently to the sentences imposed in state court in cases 18cr7431, 15CR132, 15CR2618, and 18CR7431 and the remaining 18 months to be imposed consecutively to 18CR7431, 18CR6823, and 18CR76;

6. That upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years; that within 72 hours of his release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the probation department within the federal district to which he is released;

7. That while on supervised release, the defendant shall comply with the mandatory, standard, and special conditions of supervised release identified in the Sentencing Recommendation [ECF 196-1];

8. That no fine is imposed;

9. That the defendant shall pay forthwith a special victim's fund assessment fee of $100;

10. That the defendant shall pay restitution for the benefit of the named victims in the total amount of $220,713.57, to be paid jointly and severally with codefendants Damien Lewis and David Winston as listed in [ECF 196-1]; that restitution is due and payable in care of the clerk of the court in full immediately, failing which in monthly installments of not less than 10 percent of the defendant's gross monthly income as determined periodically by the supervising probation officer; provided, furthermore, that interest on restitution is waived;

11. That presentence confinement shall be determined by the Bureau of Prisons; and

12. That the defendant is remanded to the custody of the United States Marshal.

**11:21 a.m.   Court in recess.**   Hearing concluded.
Total time in court: 1:17